(116 So. 512)

### Jim Carr HILL v. STATE. (4 Div. 368).

Supreme Court of Alabama. April 12, 1928.

Certiorari to Court of Appeals.

J. C. Fleming, of Elba, for petitioner.
Charlie C. McCall, Atty. Gen., for the State.

BOULDIN, J. Petition of Jim Carr Hill for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Hill v. State, 116 So. 512.
Writ denied.

ANDERSON, C. J., and SAYRE and BROWN, JJ., concur.